# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**BILLY RAY HART**                                                                                              **PLAINTIFF**

**V.**                                            **No. 3:24-CV-00022-ERE**

**MARTIN O'MALLEY,**
**Commissioner of Social Security**                                                                **DEFENDANT**

## JUDGMENT

Consistent with today's order, judgment is entered for Defendant and this case is DISMISSED.

Dated 5 June 2024.

_____
UNITED STATES MAGISTRATE JUDGE

1